**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**In re:** **CASE NO.: 13-19540-LMI**

**MONICA D. FONSECA,** **CHAPTER 13**

**Debtor.**
_______________________________________/

## MOTION FOR RELIEF FROM STAY

Secured Creditor, Daniel E. Bouaziz., moves the Court for the entry of an Order granting relief from the automatic stay provisions of the Bankruptcy Code, and in support thereof states as follows:

1. This is an action under §362 of the Bankruptcy Code.

2. This Court has jurisdiction over the matter pursuant to 28 U.S.C. §§1334 and 157(b)(2)(G).

3. Movant holds a secured claim against the Debtor's real property described as 1807 S.W. 107 Ave, #2205, Miami, Florida. And Movant is entitled to treatment as a secured creditor on a primary residence in Debtor's Chapter 13 Plan.

4. Debtor's Chapter 13 Plan proposes to pay only $71,000.00 to this secured creditor and cannot be confirmed.

5. Movant contends that the property is or recently was the Debtor's primary residence for the following reasons:

a. The Debtor's loan application, Exhibit A, states that "the property will be:" followed by the box checked for "Primary Residence";

b. The HUD-1 closing statement for the property, Exhibit B, lists the subject property as the Debtor's address;

c. The Miami-Dade County Property Appraiser records indicate that the

Debtor has claimed a homestead exemption on the subject property for the past two years.

6. This secured creditor is entitled to protection under 11 U.S.C. Section 1322 (b)(2).

7. The appropriate reference date for determining if a property is a principal residence of the debtor is the date that the security interest was created. *In re Abdelgadir*, 455 B.R. 896 (9th BAP 2011)[1], citing In re Smart, 214 B.R. at 68; In re Benafel, 2010 WL 5373127 (Bankr.D.Or.2010).

8. Movant is entitled to relief from the automatic stay provision of 11 U.S.C. §362(d) for the following reasons:

(a) Debtor has been and will be unable to adequately protect Movant and cause exists to lift the automatic stay pursuant to 11 U.S.C. §362(d)(1).

(b) Debtor has no equity in the subject Property as the property is worth less than the amount of Movant's lien.

(c ) The Property is not necessary to an effective reorganization. The Debtor is unable to pay the mortgage payments on a timely basis and has not done so during the course of the State Court litigation or this Chapter 13 proceeding.

WHEREFORE, Daniel E. Bouaziz moves the Court for the entry of an Order granting him relief from the automatic stay provisions of the Bankruptcy Code so that he may conclude foreclosure proceedings in Miami-Dade Circuit Court, including obtaining a Writ of Possession.

[1] *Abdelgadir* dealt with a Chapter 11 case but points out that the language of Section 1123(b)(5) is identical to that of 1322(b)(2).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the above document was filed and served electronically to the Trustee and mailed to: Debtor, Interested Parties and All Appearances on the attached service list this 21st day of August, 2013.

DAVID W. LANGLEY
Attorneys for Bouaziz.
8551 W. Sunrise Boulevard, Suite 303
Plantation, Florida 33322-4007
Telephone: (954) 356-0450
Facsimile: (954) 356-0451

By: *___/s/ David W. Langley_______*
David W. Langley, Esq.
Florida Bar Number 348279

**Motion for Relief From Stay**
**Debtor: Monica Fonseca**
**Case No.: 13-19540-LMI**

## SERVICE LIST

*via CM/ECF electronic delivery:*

13-19540-LMI Notice will be electronically mailed to:

David W. Langley on behalf of Creditor Daniel E. Bouaziz
dave@flalawyer.com,
emily@flalawyer.com;bankruptcy.paralegal@rocketmail.com;monica@flalawyer.com

Nancy K. Neidich
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Matthew H Scott on behalf of Creditor World Omni Financial Corp
mhs@trippscott.com, bankruptcy@trippscott.com

Erick Trivedi on behalf of Debtor Monica D. Fonseca
erick@marrerorealestatelaw.com,
bankruptcy@marrerorealestatelaw.com

*via U.S. Mail delivery:*

Label Matrix for local noticing
113C-1
Case 13-19540-LMI
Southern District of Florida
Miami
Wed Aug 14 15:12:14 EDT 2013

World Omni Financial Corp
Tripp Scott P.A.
c/o Matthew H Scott, Esq
110 SE 6th St, 15th Floor
Fort Lauderdale, FL 33301-5004

Cap1/bstby
26525 N Riverwoods Blvd
Mettawa, IL 60045-3438

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Daniel Bouaziz
c/o Michael B. Stevens, Esq.
2005 Vista Parkway, Suite 210
West Palm Beach, FL 33411-2879

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104-4868

Flagstar Bank
5151 Corporate Dr
Troy, MI 48098-2639

GECRB/JC Penny
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Gecrb/brandsmart
C/o Po Box 965036
Orlando, FL 32896-0001

Gecrb/carcare One
Po Box 981439
El Paso, TX 79998-1439

Gecrb/tjx Cos
Po Box 965015
Orlando, FL 32896-5015

Gm Financial
Po Box 181145
Arlington, TX 76096-1145

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Prime Acceptance Corp
200 West Jackson St.
Suite 710
Chicago, IL 60606-6941

Rjm Acquisitions Funding Llc
575 Underhill Blvd, Suite 224
Syosset, NY 11791-4437

Santander as Service Agen Southea Toyota
P.O. Box 991817
Mobile, AL 36691-8817

Sears/cbna
Po Box 6282
Sioux Falls, SD 57117-6282

TD BANK USA, N.A.
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Tnb-Visa (TV) / Target
C/O Financial & Retail Services
Mailstop BV P.O.Box 9475
Minneapolis, MN 55440-9475

Victoria's Secret
Attention: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

World Omni Financial Corp
c/o Matthew H Scott, Esquire
110 SE 6 St, 15 Fl
Fort Lauderdale, FL 33301-5004

Daniel E. Bouaziz
c/o David W. Langley, Esq.
8551 West Sunrise Blvd.
Suite 303
Plantation, FL 33322-4007

Erick Trivedi
3850 Bird Rd. PH 1
Coral Gables, FL 33146-1507

Monica D. Fonseca
13350 SW 82 Ave.
Miami, FL 33156-6600

Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027-9806

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).